UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NOEL D. CLARK, JR., ZOFIA
OWSIANA,

        Plaintiffs,

        v.

MICHAEL KAYUSA, JORDAN
ZOELLNER, TERRI STANDFORD,
JUDGE JOSEPH C FULLER,
JUDGE RACHEL SPRING
LOUKONEN,

        Defendants.

Case No. 2:26-cv-1756-KCD-NPM

---

## <u>ORDER</u>

Before the Court is pro se Plaintiffs Noel D. Clark, Jr. and Zofia Owsiana's Notice of Removal. (Doc. 1.) Plaintiffs brought this action in state court. They have now removed it to federal court, invoking diversity jurisdiction. For the reasons below, the case is remanded.

The right to remove an action from a state court to a federal district court is granted only to a defendant. *See* 28 U.S.C. § 1441(a)[1] (providing that certain state court civil actions "may be removed *by the defendant or the defendants*"); 28 U.S.C. § 1443 (providing that certain lawsuits "may be removed *by the defendant*"); 28 U.S.C. § 1446 (outlining procedure for

---

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

removal). No statutory authority allows a plaintiff, the party that chose the state forum and initiated the case there, to remove her own action to federal court. *See Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 104-05 (1941); *Russell Corp. v. Am. Home Assurance Co.*, 264 F.3d 1040, 1048 (11th Cir. 2001) ("The defendants' right to remove a case is their right alone.")

If Plaintiffs wish to file suit in federal court, they must initiate the case here, not through a notice of removal. Accordingly, it is now **ORDERED:**

1. This action is **REMANDED** to the Twentieth Judicial Circuit, in and for Lee County, Florida.

2. The Clerk is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Twentieth Judicial Circuit, in and for Lee County, Florida. The case number in state court provided by Plaintiffs are 19-CA-7100, 21-CA-2069, 23-CC-994.

3. The Clerk is further **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**ENTERED** in Fort Myers, Florida on May 29, 2026.

Kyle C. Dudek
United States District Judge

2